JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| OSCAR JOSUE MORAN-SIERRA,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Respondents. | Case No. 5:26-cv-06427-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus (Dkt. 10),

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Oscar Josue Moran-Sierra (A# 209-434-659) on the conditions in effect immediately prior to his October 15, 2026 re-detention. Upon release, Respondents shall return to Petitioner his property and documents taken in connection with his October 15, 2026 re detention. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 16, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge